Shelly Stephenson
Texas CSR No. 5367
750 North Sixth Street
Silsbee, Texas 77656
409-386-0881

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS
12/13/2017 2:42:45 PM
CAROL ANNE HARLEY
Clerk

December 13, 2017

Ms. Carol Anne Harley
Clerk of the Court
Ninth Court of Appeals
1001 Pearl Street, Suite 330
Beaumont, Texas 77701

RE: Case No. 09-17-00302-CR
Gary Rene Smith Jr. vs. The State of Texas

Trial Court Cause No. 12880JD
The State of Texas vs. Gary Rene Smith Jr.


Dear Ms. Harley,

This is to inform the Court of Appeals that the Defendant's Motion for a Free Reporter's Record on Appeal has been filed with the district clerk's office and approved by the court. Therefore, this is a request for an extension of time to file the Reporter's Record in the above numbered and style case.

Sincerely,
Shelly Stephenson, CSR